1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TIMESHARE RELIEF, a California corporation, | Case No. CV 07-8402 R (CTx) Hon. Manuel L. Real |
| Plaintiff, v. | [Complaint Filed: October 31, 2008] |
| KRISTOPHER CHAVEZ; LANE GOLDSTEIN; TIMESHARE RESCUE, LLC (California); TSR, LLC (California); TSR, LLC, (Colorado) dba: 1) Timeshare Rescue, LTD. 2) Timeshare Rescue, Inc; and 3) Timeshare rescue; TIMESHARE RESCUE, INC., a Colorado Corporation; NATIONAL AUTOMATION SERVICES, INC., a Colorado Corporation; PONDEROSA LUMBER, INC., a Colorado Corporation; RYAN LUDDERS; RICKY COURY; ANDRE SERPOOSH; JENNI LARSON; and DOES 1 through 50, inclusive, Defendants. | [~~PROPOSED~~] **JUDGMENT** |

111696.1

REQUEST FOR ENTRY OF FINAL JUDGMENT

1     This action came on for hearing before the Court, on December 8, 2008,
2 Hon. Manuel L. Real, District Judge Presiding, on a Motion for Summary
3 Judgment, and the evidence presented having been fully considered, the issues
4 having been duly heard and a decision having been duly rendered,

5     **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing and
6 that judgment on the merits in favor of the defendants is entered, with defendants
7 to recover their costs.

10 Dated:  __December 11, 2008_             _____
11                                               MANUEL L. REAL
12                                UNITED STATED DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is

√   BAUTE & TIDUS, LLP; 777 South Figueroa Street, Suite 4900, Los Angeles, CA 90017; Tel: (213) 630-5000

I served the following listed documents on the interested parties in this action as follows:

REQUEST FOR ENTRY OF FINAL JUDGMENT

___   **By Personal Service:** I caused such envelope to be delivered by hand to the interested party as listed below.

___   **By Facsimile:** To the names and fax numbers listed below. On this date, by facsimile transmission to the parties and/or to their attorney(s) of record stated above and/or attached list to their known business facsimile number(s). The document(s) was/were transmitted by facsimile transmission. The transmission was reported as complete and without error. A copy of the transmission report(s) properly issued by one or more of Baute & Tidus LLP's two facsimile machine(s) [telephone no. (213) 683-1225 is (are) made a part of this proof of service pursuant to California *Rules of Court* section 2008.]

___   **By Federal Express ~ Next Business Day Delivery:** By placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

√   **By Mail:** By placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

√   Filed and served electronically in accordance with the Court's electronic filing ("ECF") rules, pursuant to which registered ECF users receive service copies by e-mail delivery. A courtesy copy will follow by U.S. Mail.

___   **By E-Mail:** I caused the above-referenced document(s) to be e-mailed to the parties listed below, as noted.

1
2
3
4

David M. Karen, Esq.  *Attorneys for Plaintiff*
LAW OFFICES OF DAVID M. KAREN  *TIMESHARE RELIEF*
300 Esplanade Drive, Suite 1180
Oxnard, California  93036
　　　Tel:　(805) 988-4848
　　　Fax:　(805) 988-4948

5
6

☐　(STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on <u>December 10, 2008</u> at Los Angeles, California.

7
8

|　　Leticia G. Larios　　 | /s/ Leticia G. Larios |
| *print name* | *signature* |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28